OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

PRESORTED
FIRST CLASS

U.S. POSTAGE

ZIP 78701
02 1W
0001401623 JUL. 02. 2015

$ 000.27⁵

PITNEY BOWES

6/29/2015

**HAWKINS, QUINCY DALEON** Tr. Ct. No. W12-62045-R (A) WR-83,519-02

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

*Discharged*

QUINCY DALEON HAWKINS
TDC # 1899651

U T F